SADIE E. SEADER, Respondent, v. ANDONINO ZITO et al., Appellants.

*Real property — trespass — action to compel removal of portion of building encroaching upon plaintiff's land.*

Seader v. Zito, 186 App. Div. 400, affirmed.

(Argued December 9, 1920; decided January 11, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1919, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was to compel defendants to remove an alleged encroachment upon plaintiff's land. Plaintiff and defendants were adjoining property owners on Baden street. It is alleged in the complaint that defendants willfully and with knowledge of plaintiff's claim of title erected a building so that a portion thereof encroached upon plaintiff's land. The land in dispute was in the form of an isosceles triangle with a base of eight-tenths of a foot on the southerly side of Baden street and extending southerly for a distance of about forty feet.

*William J. Maloney* for appellants.

*George A. Carnahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.